Michael J. Frevola
H. Barry Vasios
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
BNP PARIBAS (SUISSE) S.A.

**'08 CIV 6484**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BNP PARIBAS (SUISSE) S.A., | |
| Plaintiff, | 08 Civ. _____ |
| -against- | **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| AVAILABILITY SHIPPING LTD., OVI LTD., and OKTAN ENERGY & V/L SERVICE SP Z.O.O. | |
| Defendants. | |

I, Michael J. Frevola, attorney for Plaintiff BNP Paribas (Suisse) SA ("BNPP") having filed an initial pleading in the above captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Plaintiff BNPP:

BNPP is wholly owned by its parent corporation, BNP Paribas, which is traded on the Paris stock exchange.

Dated: New York, New York
   July 21, 2008

HOLLAND & KNIGHT LLP

By: _____
   Michael J. Frevola
   H. Barry Vasios
   Christopher R. Nolan
   195 Broadway
   New York, NY 10007-3189
   Tel: (212) 513-3200
   Fax: (212) 385-9010

   *Attorneys for Plaintiff*
   *BNP Paribas (Suisse) SA*